# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 24−60778−mmp
Chapter No.: 7
Judge: Michael M Parker

IN RE: **Floors−4−U, LLC** , Debtor(s)

## ORDER FIXING LAST DATE FOR FILING PROOFS OF CLAIM, COMBINED WITH NOTICE THEREOF

Notice having been previously given that creditors of the above−named debtors were not required to file proofs of claim, and it now appearing that a possible dividend may be declared for creditors at a later date, it is ORDERED, AND NOTICE HEREBY GIVEN THAT

**3/24/25** is hereby fixed as the last date for filing of proofs of claim by any creditor of the above−named debtors who desires to have his claim allowed so that he may share in any distribution to be paid from the estate. A proof of claim filed by a governmental unit is timely filed if it is filed not later than 180 days after the date of the order for relief. Creditors and governmental units must file a claim, whether or not they are included in the list of creditors filed by the debtors, no later than the date above fixed or their claim will not be allowed, except as otherwise provided by law. Claims may be filed using the court's Online Claim Filing System without having to complete a paper proof claim form. This is located on the Bankruptcy Court's Website: http://www.txwb.uscourts.gov.

*Those filers who do not have access to the internet may obtain an official B410 Proof of Claim form at any bankruptcy clerk's office and submit it to the following:*

MAIL ORIGINAL PROOF OF CLAIM TO:   MAIL COPY OF PROOF OF CLAIM TO:

U. S. BANKRUPTCY COURT                James Studensky
800 FRANKLIN AVE., SUITE 140          3912 W. Waco Drive
WACO, TX 76701−0                      Waco, TX 76710

You are further notified that if a distribution is to be declared for creditors, it will not be made until conclusion of the administration of this estate by the trustee. At a later date, you will be given notice of, and an opportunity to object to, the trustee's final report and accounting.

**** ANY CLAIMANT WHO HAS PREVIOUSLY FILED A CLAIM IN THESE PROCEEDINGS IS NOT REQUIRED TO RE−FILE SAME AND MAY DISREGARD THIS NOTICE.

Dated: 1/14/25

Barry D. Knight
Clerk, U. S. Bankruptcy Court

[Set Bar Date Notice/Order] [Ntcosbrdtapac]

United States Bankruptcy Court

Western District of Texas

In re:                                                                                      Case No. 24-60778-mmp
Floors-4-U, LLC                                                                             Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0542-6                 User: admin                 Page 1 of 3
Date Rcvd: Jan 14, 2025            Form ID: 148              Total Noticed: 49

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 16, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Floors-4-U, LLC, 2800 E Veterans Memorial Blvd, Killeen, TX 76543-4327 |
| 18824595 | | ADP payroll services, 14205 North Mopac Expressway, Austin, TX 78728 |
| 18824594 | + | Adleta Corporation, 1645 Diplomat Dr #200, Carrollton, TX 75006-8393 |
| 18824597 | + | Arizona Tile, 8829 South Priest Drive, Tempe, AZ 85284-1905 |
| 18824598 | + | Asco, PO Box 3888, Lubbock, TX 79452-3888 |
| 18824599 | | Asset Funding - phone systems, 304 E Church Ave, Killeen, TX 76541-4843 |
| 18824600 | + | Atmos Energy, 1800 Three Lincoln Centre, 5430 LBJ Freeway, Dallas, TX 75240-2601 |
| 18824601 | + | BPI, 2519 Scarbrough Dr, Austin, TX 78728-4747 |
| 18824602 | + | C&C Wholesale, 11048 Grissom Lane, Dallas, TX 75229-3507 |
| 18824603 | + | City of Killeen Water, 210 W Avenue C, Killeen, TX 76541-5255 |
| 18824604 | + | Crossville, 346 Sweeney Drive., Crossville, TN 38555-5459 |
| 18824608 | #+ | Funding Circle 4735, 707 17th Str Suite 2200, Denver, CO 80202-3404 |
| 18824609 | | Funding Circle 6678, PO Box 206536, Dallas, TX 75320-6536 |
| 18824610 | + | Heights Lumber, 602 W FM 2410 Rd, Harker Heights, TX 76548-1610 |
| 18824611 | | Karndean, 1100 Pontiac Ct Bushy Run Corporate Park, Export, PA 15632 |
| 18824612 | + | Lions Floor, 1141 California Ave., Corona, CA 92881-7233 |
| 18824616 | + | MSI surfaces, 2095 N. Batavia Street, Orange, CA 92865-3101 |
| 18824613 | + | Mohawk, P.O. Box 12069., Calhoun, GA 30703-7002 |
| 18824614 | | Ms Engleke, 9302 Trail Hollow, Belton, TX 76513 |
| 18824615 | + | Ms McClendon, 1204 Nathan Ln, Copperas Cove, TX 76522-3194 |
| 18824617 | + | Next Floor, 209 South Easterling Street, Dalton, GA 30721-3237 |
| 18824618 | + | Nextiva, 9451 E Via de Ventura, Scottsdale, AZ 85256-0001 |
| 18824620 | + | PFS, 8329 Cross Park Dr, Austin, TX 78754-5154 |
| 18824621 | + | PNC Equipment Finance - forklift lease, 655 Business Center Drive Ste 250, Horsham, PA 19044-3448 |
| 18824622 | + | Rackspace, 19122 U.S. Highway 281 North Ste 128, San Antonio, TX 78258-7668 |
| 18824624 | + | Starlink, 500 Center Ridge Dr, Austin, TX 78753-1032 |
| 18824625 | + | Summer Energy, 5847 San Felipe St #3700, Houston, TX 77057-3423 |
| 18824628 | + | TAMCO Capital Corporation, 28100 US Hwy 19 N Ste 410, Clearwater, FL 33761-2655 |
| 18824630 | ++ | TEXAS COMPTROLLER OF PUBLIC ACCOUNTS, REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION, PO BOX 13528, AUSTIN TX 78711-3528 address filed with court:, Texas Comptroller of Public Accounts, ATTN: Bankruptcy, 111 E17th St, Austin, TX 78701 |
| 18824629 | + | Tanya Riggs, c/o Harrell, Stoebner & Russell, PC, 2210 E Central Texas Expy Suite 102, Killeen, TX 76543-5343 |
| 18824632 | + | Trinity Tile Supply, 13560 Research Blvd, Austin, TX 78750-2243 |
| 18824636 | + | Vendor Services Center, PO Box 15270, Irvine, CA 92623-5270 |
| 18824637 | + | Versatrim, 101 Eastern Minerals Rd, Henderson, NC 27537-4288 |

TOTAL: 33

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QJESTUDENSKY.COM | Jan 15 2025 03:05:00 | James Studensky, 3912 W. Waco Drive, Waco, TX 76710-7108 |
| ust | + | Email/Text: ustpregion07.au.ecf@usdoj.gov | | |

|  |  |  | Jan 14 2025 22:12:00 | United States Trustee - WA12, United States Trustee, 903 San Jacinto Blvd, Suite 230, Austin, TX 78701-2450 |
|---|---|---|---|---|
| 18824596 |  | Email/PDF: bncnotices@becket-lee.com | Jan 14 2025 22:18:25 | American Express, PO Box 6031, Carol Stream, IL 60197-6031 |
| 18825904 | + | Email/Text: julie.parsons@mvbalaw.com | Jan 14 2025 22:12:00 | Bell TAD, c/o Julie Parsons, P.O. Box 1269, Round Rock, TX 78680-1269 |
| 18824605 | + | Email/Text: credit.legal@daltile.com | Jan 14 2025 22:12:00 | Daltile, 7834 C F Hawn Fwy, Dallas, TX 75217-6544 |
| 18824606 | + | Email/Text: dale.davis@engineeredfloors.com | Jan 14 2025 22:13:00 | Engineered Floors, 3510 Corporate Drive, Dalton, GA 30721-4900 |
| 18824619 | + | Email/Text: bankruptcy@ondeck.com | Jan 14 2025 22:13:00 | On Deck Captial, 4700 W. Daybreak Pkwy., Suite 200, South Jordan, UT 84009-5133 |
| 18825175 | + | Email/Text: thomas.riggleman@staples.com | Jan 14 2025 22:12:00 | Quill Corporation, PO Box 102419, Columbia, SC 29224-2419 |
| 18824623 |  | Email/Text: bankruptcynotices@sba.gov | Jan 14 2025 22:12:00 | SBA Small Business Administration, P.O. Box 3918, Portland, OR 97208-3918 |
| 18824626 | + | Email/Text: elisaarnold@swiff-train.com | Jan 14 2025 22:12:00 | Swiff Train, 2500 Agnes Street, Corpus Christi, TX 78405-1618 |
| 18824627 | + | EDI: SYNC | Jan 15 2025 03:05:00 | Synchrony Bank / Chevron, PO Box 71735, Philadelphia, PA 19176-1734 |
| 18824631 |  | Email/Text: pacer@cpa.state.tx.us | Jan 14 2025 22:13:00 | Texas Comptroller of Public Accounts, ATTN: Bankruptcy Section, Po Box 13528, Austin, TX 78711-3528 |
| 18824634 | + | Email/Text: PDELINQ@sba.gov | Jan 14 2025 22:12:00 | U.S. Small Business Administration, 14925 Kingsport Rd, Fort Worth, TX 76155-2243 |
| 18824633 |  | Email/Text: bankruptcynotices@sba.gov | Jan 14 2025 22:12:00 | U.S. Small Business Administration, Bankruptcy, 409 3rd St Sw, Washington, DC 20416-0011 |
| 18824635 | + | Email/Text: lrsc.legal@sba.gov | Jan 14 2025 22:12:00 | US Small Business Administration, Little Rock Comm. Ln Srvcing Cent., 2120 Riverfront Dr Suite 100, Little Rock, AR 72202-1794 |
| 18824638 | + | Email/Text: bkfilings@zwickerpc.com | Jan 14 2025 22:13:00 | Zwicker & Associates, 801 E Old Settlers Blvd Ste 220, Round Rock, TX 78664-2515 |

TOTAL: 16

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 18824607 | *+ | Floors-4-U, LLC, 2800 E Veterans Memorial Blvd, Killeen, TX 76543-4327 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| District/off: 0542-6 | User: admin | Page 3 of 3 |
| Date Rcvd: Jan 14, 2025 | Form ID: 148 | Total Noticed: 49 |

Date: Jan 16, 2025     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 13, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| James Studensky | jstudensky.trustee@outlook.com  jstudensky@ecf.axosfs.com |
| Julie A. Parsons | on behalf of Creditor Bell TAD jparsons@mvbalaw.com vcovington@mvbalaw.com;kalexander@mvbalaw.com;julie.parsons@ecf.courtdrive.com |
| Tyler S. Sims | on behalf of Debtor Floors-4-U  LLC ecf@simslawpllc.com, SimsLawPLLC@jubileebk.net,tyler@ecf.courtdrive.com |
| United States Trustee - WA12 | ustpregion07.au.ecf@usdoj.gov |

TOTAL: 4